IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40033
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MARIO BALLESTEROS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.  L-95-CR-102-1
- - - - - - - - - -
February 18, 1997

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jose Mario Ballesteros appeals his guilty-plea conviction and sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841.  He argues that the district court erred in refusing to order that his sentence run concurrently to an undischarged term of imprisonment under U.S.S.G. § 5G1.3(b).

The district court did not err in refusing to order that Ballesteros' sentence run concurrently to his undischarged term

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of imprisonment.  See United States v. Wittie, 25 F.3d 250, 260 (5th Cir. 1994), aff'd, 115 S. Ct. 2199 (1995).

AFFIRMED.